NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PAR PHARMACEUTICAL, INC.,**
*Appellant*

**v.**

**HORIZON THERAPEUTICS, LLC,**
*Appellee*

---

2017-1451

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2015-01117, IPR2016-00283.

---

## JUDGMENT

---

AZIZ BURGY, Axinn, Veltrop & Harkrider LLP, Washington, DC, argued for appellant. Also represented by THOMAS K. HEDEMANN, Hartford, CT; DAVID H. SILVERSTEIN, New York, NY.

ROBERT FRITZ GREEN, Green, Griffith & Borg-Breen LLP, Chicago, IL, argued for appellee. Also represented by EMER LOUISE SIMIC; JAMES B. MONROE, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washing-

ton, DC; MATTHEW CARMINE PHILLIPS, Laurence & Phillips IP Law LLP, Portland, OR.

───────────────────

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| June 18, 2018 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |